IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| United States of America, et al.<br><br>Plaintiff,<br><br>v.<br><br>Cinergy Corporation, *et al.*<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-MC-127-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL OF OBJECTION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Procedure 41(a)(1)(i), Potts Welding and Boiler Repair, a non-party in the above-captioned matter, hereby dismisses the Objection of Potts Welding and Boiler Repair to Subpoena filed on June 22, 2005 in the above-captioned action.

Dated: August 2, 2005

THE BAYARD FIRM

By: _____
Cheryl Siskin (No. 3437)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000

Attorneys for Potts Welding and Boiler Repair

595775v1